UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

APRIL YVETTE HINSON,

                Defendant.
_____/

Criminal No. 12-20837-2

Hon. Mark A. Goldsmith
United States District Judge

## ORDER DISMISSING DEFENDANT'S MOTION FOR MODIFICATION AND SENTENCE REDUCTION (DKT. 100) WITHOUT PREJUDICE

On November 20, 2013, Defendant April Yvette Hinson, acting pro se, filed a motion for modification and sentence reduction (Dkt. 100). She claimed that the sentence imposed upon her violated the United States Supreme Court's decision in Alleyne v. United States, 133 S. Ct. 2151 (2013). The Government, via Assistant United States Attorney A. Tare Wigod, filed a response on December 17, 2013 (Dkt. 102).

The Court recently received a letter from Defendant, which was dated January 11, 2014.[1] In the letter, Defendant requests to have the pending motion dismissed:

> I currently have a motion in place that Mr. Wigod responded to [on] December 17, 2013. Since I initially mailed the motion I have had a total change of disposition. I would like to have the motion dismissed. I believe it lacked merit and was unwarranted.

In light of Defendant's correspondence, the Court grants Defendant's request and dismisses Defendant's motion for modification and sentence reduction (Dkt. 100) without prejudice.

---

[1] The letter contains many personal details regarding Defendant's past that are not relevant to Defendant's request or the instant Order. Accordingly, the Court orders the clerk to file the letter under seal.

1

SO ORDERED.

Dated: February 10, 2014                          s/Mark A. Goldsmith
      Flint, Michigan                                     MARK A. GOLDSMITH
                                                             United States District Judge

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 10, 2014.

                                                                    s/Deborah J. Goltz
                                                                    DEBORAH J. GOLTZ
                                                                    Case Manager